UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SHANNA BYNES, *individually and on behalf of all those similarly situated*, <br><br>  Plaintiff, <br><br> v. <br><br> RGS FINANCIAL, INC., <br>  Defendant. | § § § § § § § § § § § | Case No.:1:22-cv-22967 |

## DEFENDANT RGS FINANCIAL, INC.'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant RGS Financial, Inc. ("Defendant") and files its Notice of Removal as follows:

1. Plaintiff Shanna Bynes ("Plaintiff") filed her state-court Complaint on July 29, 2022, in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2. This is a civil action based on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"). This case is still pending in state court.

3. As such, removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of receipt of Plaintiff's state-court Complaint, which was served on August 17, 2022.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

8. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, PREMISES CONSIDERED, Defendant RGS Financial, Inc. respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

**[SIGNATURE BLOCK ON NEXT PAGE]**

| | |
|---|---|
| Dated: September 16, 2022 | Respectfully submitted, |

        **MALONE FROST MARTIN PLLC**

        */s/ Chelsey R. Pankratz*
        CHELSEY R. PANKRATZ
        FL State Bar No. 120912
        Email: cpankratz@mamlaw.com
        **MALONE FROST MARTIN PLLC**
        301 W. Bay Street, Suite 14147
        Jacksonville, FL, US 32202
        T: 214-346-2630 | F: 214-346-2631

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 16th day of September 2022.

        */s/ Chelsey R. Pankratz*
        CHELSEY R. PANKRATZ