**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:22-cv-22967-BB**

**SHANNA BYNES,**

    Plaintiff,

v.

**RGS FINANCIAL INC,**

    Defendant.
_____/

**NOTICE OF ACCEPTANCE OF**
**DEFENDANT'S OFFER OF JUDGMENT**

Plaintiff Shanna Bynes ("Plaintiff") submits this Notice of Acceptance of the Offer of Judgment served by Defendant RGS Financial Inc ("Defendant") October 07, 2022.

1. Attached as Exhibit "A" is a copy of the Offer of Judgment.

2. Plaintiff has accepted the Offer of Judgment.

3. Pursuant to the Offer of Judgment, "Judgment shall be entered against Defendant in the amount of One Thousand and One Dollars ($1,001.00), plus reasonable attorney's fees and taxable costs incurred in this action prior to expiration of this offer, such fees and costs to be determined by agreement of the parties and, if the parties cannot agree, by the Court upon Motion of the Plaintiff." *See* Exhibit A at ¶ 1.

4. In light of Plaintiff's acceptance of the Offer of Judgment, the sole remaining issue before this Court is the issue of reasonable attorneys' fees and costs Plaintiff is entitled pursuant to the terms of the Offer of Judgment.

5. Plaintiff and Defendant shall confer, in good faith, in an attempt to resolve, or otherwise narrow, the issue of reasonable attorney fees and costs without this Court's intervention.

DATED: October 20, 2022

Respectfully Submitted,

/s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:   Tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail:   Victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3323 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone:    561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377