UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHANNA BYNES,
*individually and on behalf of all those similarly situated*,

   *Plaintiff,*

v.

RGS FINANCIAL, INC.,

   *Defendant.*

Case No.: 1:22-cv-22967-BB

## DEFENDANT RGS FINANCIAL, INC.'S OFFER OF JUDGMENT

To Plaintiff Shanna Bynes ("Plaintiff"), by and through her counsel of record:

   Thomas Patti, Esq.
   E-mail: Tom@pzlg.legal
   Victor Zabaleta, Esq.
   E-mail: Victor@pzlg.legal
   Patti Zabaleta Law Group
   3323 Northwest 55th Street
   Fort Lauderdale, Florida 33309
   Phone: 561-542-8550

   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant RGS Financial, Inc. ("Defendant") hereby offers to allow judgment to be taken against it in favor of Plaintiff as follows:

   1.    Judgment shall be entered against Defendant in the amount of One Thousand and One Dollars ($1,001.00), plus reasonable attorney's fees and taxable costs incurred in this action prior to expiration of this offer, such fees and costs to be determined by agreement of the parties and, if the parties cannot agree, by the Court upon Motion of the Plaintiff.

   2.    The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all individual claims and potential claims by Plaintiff against Defendant.

3. No party shall have the right to appeal any judgment resulting from acceptance of this Offer of Judgment, nor to appeal any award of costs or attorneys' fees resulting from acceptance of this offer.

4. Pursuant to Fed. R. Civ. P. 68(a), this Offer of Judgment must be accepted within 14 days after being served; if a notice of acceptance is not provided within 14 days after service, the Offer of Judgment automatically expires.

5. This Offer of Judgment is made solely for the purposes specified in Rule 68 and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff has suffered any damages.

Dated: October 7, 2022

Respectfully submitted,

**FROST ECHOLS LLC**

*/s/ Chelsey R. Pankratz*
CHELSEY R. PANKRATZ
FL State Bar No. 120912
Email: cpankratz@frostechols.com
**FROST ECHOLS LLC**
301 W. Bay Street, Suite 14147
Jacksonville, FL, US 32202
T: 386-852-4831

*COUNSEL FOR DEFENDANT*
*RGS FINANCIAL, INC.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **email and CMRRR** to all parties entitled to notice of the same on this 7th day of October 2022.

*/s/ Chelsey R. Pankratz*
CHELSEY R. PANKRATZ