**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-22967-BLOOM/Otazo-Reyes**

SHANNA BYNES, *individually*
*and on behalf of all those*
*similarly situated*,

      Plaintiff,

v.

RGS FINANCIAL, INC.,

      Defendant.

_____/

## FINAL JUDGMENT

    **THIS CAUSE** is before the Court following Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment, ECF No. [16]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Shanna Bynes and against Defendant RGS Financial, Inc., in the amount of $1,001.00.

2. The Court reserves jurisdiction to award attorneys' fees and costs.

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to mark this case **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on October 20, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record