**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:22-cv-22967-BB**

SHANNA BYNES,

       Plaintiff,

v.

RGS FINANCIAL INC,

       Defendant.

_____/

## AMENDED FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Motion by Plaintiff Shanna Bynes ("Plaintiff") for Entry of a Final Judgment against Defendant RGS Financial Inc ("Defendant"). ECF No. [22]. Without admitting or denying the allegations of the Complaint or any liability otherwise, Defendant has agreed to entry of this Amended Final Judgment. In light of Defendant's agreement and the attorney's fees awarded to counsel for Plaintiff, the Court finds that good cause exists for entry of the Amended Final Judgment. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court approves, as reasonable, the attorneys' fees awarded to counsel for Plaintiff in the amount of $19,720.00, with $11,787.50 attributable to Thomas Patti, Esq., at a rate of $575 an hour and $7,932.50 attributable to Victor Zabaleta, Esq., at a rate of $475 an hour.

2. Judgment is entered in favor of Plaintiff Shanna Bynes and against Defendant RGS Financial, Inc., in the amount of $1,001.00 plus $19,720.00 in attorneys' fees.

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**.

4.      This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on April 21, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**


Copies to:      Counsel of Record